UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONALD J. POLKEY SR.**                                    CIVIL ACTION

**VERSUS**                                                  NO.  05-5973

**JIM ROGERS, WARDEN**                                      SECTION "B"(2)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Donald J. Polkey, Sr., for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of April, 2006.

UNITED STATES DISTRICT JUDGE